

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

April 4, 2022

The Honorable Douglas E. Arpert
United States District Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608

**Via ECF**

    *Sara Kohn v. Equifax Information Services, LLC, et al.*
    **Docket No. 3:22-cv-1005-ZNQ-DEA**

Your Honor,

    We represent the Plaintiff, Sara Kohn, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Trans Union, LLC ("TransUnion").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against the Defendant TransUnion only.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant TransUnion, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

    Respectfully,

    /s/ *Uri Horowitz*
    Uri Horowitz

CC: *All Counsel of Record via ECF*